**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| TIMOTHY HICKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OLLIE GRANT VENTURES LLC; OLLIE GRANT PRIVATE WEALTH LLC; and DOES 1-10 Inclusive**,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-cv-02965-SBP<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 5th day of October, 2026.

Law Offices of Todd M. Friedman, P.C.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
23586 Calabasas Rd., Suite 105
Calabasas, CA 91302
Phone: 323-306-4234
Email: tfriedman@toddflaw.com
Attorney for Plaintiff

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On October 5, 2026, I electronically filed with the Court through its CM/ECF program and served a true copy through the same program the following documents: **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE** on interested parties in said case as follows:

[x] ELECTRONICALLY, Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

Place of Filing: 23586 Calabasas Rd., Suite 105, Calabasas, CA 91302.

Executed on October 5, 2026, at Calabasas, CA

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: s/ Todd M. Friedman
Todd M. Friedman